DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. COVINGTON

No. 360P00

Case below: 138 N.C.App. 688

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000.

STATE v. DALTON

No. 390P00

Case below: 134 N.C.App. 499

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000.

STATE v. DIEHL

No. 195A00

Case below: 137 N.C.App. 541

Petition by Attorney General for writ of supersedeas and motion for temporary stay allowed 5 October 2000. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 October 2000.

STATE v. DOISEY

No. 356P00

Case below: 138 N.C.App. 620

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

STATE v. FAIRCLOTH

No. 418A00

Case below: 139 N.C.App. 451

Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000.